IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTINA GREEN,** | : |
| *Plaintiff*, | : |
| | : |
| v. | : CIVIL NO. 22-5238 |
| | : |
| **EXPERIAN, TRANSUNION and EQUIFAX,** | : |
| | : |
| *Defendants.* | : |

# ORDER

**AND NOW,** this **27th** day of **September, 2023**, upon consideration of Trans Union, LLC's Motion to Dismiss Plaintiff's Complaint (ECF No. 9), Experian Information Solution, Inc.'s Notice of Joinder in Trans Union, LLC's Motion (ECF No. 13), and the Court having conducted an independent review of the Complaint and the Defendant's motion, it is hereby **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The Complaint is **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 12(b)(6); and

2. The Defendant's request for fees and costs is **DENIED**.

BY THE COURT:

/s/ Kai N. Scott
**HON. KAI N. SCOTT**
**United States District Court Judge**